**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Thomas Jermaine ROBINSON, a/k/a
Tony, Defendant—Appellant.**

No. 09–6189.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 18, 2009.

Decided: June 24, 2009.

Thomas Jermaine Robinson, Appellant Pro Se. Deborah Brereton Barbier, Assistant United States Attorney, Columbia, South Carolina; Arthur Bradley Parham, Assistant United States Attorney, Florence, South Carolina, for Appellee.

Before NIEMEYER, GREGORY, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomas Jermaine Robinson appeals the district court's judgment reducing his sentence pursuant to Fed.R.Crim.P. 35(b). We have reviewed the record and find no reversible error. Accordingly, we affirm the judgment of the district court. *See United States v. Robinson,* No. 4:05–cr–00667–TLW–1 (D.S.C. filed Jan. 27, 2009 & entered Jan. 28, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*